**Appeal No.    2021AP51**

**STATE OF WISCONSIN**

Cir. Ct. No.  2019PA310PJ

**IN COURT OF APPEALS
DISTRICT IV**

---

IN RE THE PATERNITY OF M.K.W.:

JON RONALD KRUEGER,

    PETITIONER-RESPONDENT,

  V.

RACHELLE SIOBHAN WHARTON,

    RESPONDENT-APPELLANT.

FILED

February 15, 2022

Sheila T. Reiff
Clerk of Court of Appeals

---

## ERRATA SHEET

---

Sheila T. Reiff
Clerk of Court of Appeals
Electronic Notice

Court of Appeals District I
Electronic Notice

Court of Appeals District III
Electronic Notice

Christina Plum, Sarah Motiff
Court of Appeals
Electronic Notice

Court of Appeals District II
Electronic Notice

Court of Appeals District IV
Electronic Notice

Hon. Frank D. Remington
Circuit Court Judge
Electronic Notice

Carlo Esqueda
Clerk of Circuit Court
Dane County Courthouse
Electronic Notice

Jennifer L. Binkley
Electronic Notice

Maryam Ghayyad
Electronic Notice

Elizabeth A. Mackey
Electronic Notice

John P. Louderman III
Electronic Notice

Dawn M. Peters
Assistant Corporation Counsel
Rm. 365
210 Martin Luther King Jr. Blvd.
Madison, WI 53703

PLEASE TAKE NOTICE that corrections were made to paragraphs 4 and 43 in the above-captioned opinion which was released on February 10, 2022. A corrected electronic version in its entirety is available on the court's website at www.wicourts.gov.